PROB 22
(Rev. 1/24)

# TRANSFER OF JURISDICTION

X FILED — ENTERED — RECEIVED — SERVED ON
5/7/2025
CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: MAM  DEPUTY

**DOCKET NUMBER** *(Tran. Court)*
2:19CR00171-001

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00125-RFB-BNW

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Edward Vaughns** | Ohio Southern | Columbus |
| | **NAME OF SENTENCING JUDGE** Edmund A. Sargus, Jr., U.S. District Court Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 11/17/2023 — TO 11/26/2026 |

**OFFENSE**

*Conspiracy to Possess With Intent to Distribute Oxycodone*

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/educational opportunities, violation of supervision)

No plans to return to the Southern District of Ohio

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern District of Ohio**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

5/6/2025
Date

s/Edmund A. Sargus, Jr.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **District of Nevada**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

May 9, 2025
Effective Date

United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Edward Vaughns

Case No.: 2:19CR00171

**REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION**

May 6, 2025

TO:     The Honorable Judge

On August 11, 2020, Mr. Vaughns was sentenced to 55 months prison followed by three (3) years' supervised release for having committed the offenses Conspiracy to Possess with Intent to Distribute Oxycodone and Conspiracy to Commit Money Laundering. Mr. Vaughns commenced supervision in the District of Nevada on November 27, 2023.

Mr. Vaughns plans to remain in Las Vegas for the duration of his supervision. To expedite any future matters which may require the Court's attention, it is recommended the Court accept jurisdiction of this case.

Should the Court agree with this request, a signed transfer of jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

*E Hogans* (Digitally signed by Erica Hogans
Date: 2025.05.07 12:30:40 -07'00')

Erica Hogans
US Probation Officer

Approved:

*Amberleigh K Barajas* (Digitally signed by Amberleigh Barajas
Date: 2025.05.07 12:28:48 -07'00')

Amberleigh Barajas
Supervisory United States Probation Officer